Gerald E. Hawxhurst (Bar No. 220327)
  jhawxhurst@bmchlaw.com
Joshua P. Gelbart (Bar No. 274021)
  jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:  (310) 893-5195

Jacob S. Pultman (*Pro Hac Vice Forthcoming*)
  jacob.pultman@newyork.allenovery.com
Molly C. Spieczny (*Pro Hac Vice Forthcoming*)
  molly.spieczny@newyork.allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:  (212) 610-6399

Attorneys for Plaintiff
Alpha Investment, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALPHA INVESTMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC. and ANDREW TRADER,<br><br>Defendants. | CASE NO. CV11-04764 DMG (CWx)<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

---

PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2 | RECORD:

3 |       PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1, the
4 | undersigned, counsel of record for plaintiff Alpha Investment, LLC ("Plaintiff"),
5 | reports that Plaintiff has no parent corporation and that no publicly traded
6 | corporation owns more than 10% of its stock.

8 | DATED: June 3, 2011      ALLEN & OVERY LLP

      CRONE HAWXHURST LLP

By _____
    Gerald E. Hawxhurst
    Attorneys for Plaintiff
    Alpha Investment, LLC

PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1