Gerald E. Hawxhurst (Bar No. 220327)
jerry@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:   (310) 893-5150
Facsimile:    (310) 893-5195

Jacob S. Pultman (Admitted Pro Hac Vice)
jacob.pultman@newyork.allenovery.com
Molly C. Spieczny (Admitted Pro Hac Vice)
molly.spieczny@newyork.allenovery.com
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
United States of America

Attorneys for Plaintiff
Alpha Investment, LLC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALPHA INVESTMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZYNGA INC. and ANDREW TRADER,<br><br>    Defendants. | Case No. CV11-04764-DMG (CWx)<br><br>**STIPULATION OF DISMISSAL AND ACCEPTANCE OF SERVICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   IT IS HEREBY STIPULATED by and between Plaintiff Alpha Investment LLC ("Plaintiff") and Defendant Zynga Inc. and Defendant Andrew Trader (collectively, "Defendants") through their designated counsel, that the above captioned action be and hereby is dismissed without prejudice to be filed as an

action in the Northern District of California pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED and agreed that Plaintiff does not waive any right to reassert all claims brought in the above captioned action, as well as other claims Plaintiffs may have against Defendants, as a result of this dismissal.

IT IS FURTHER STIPULATED and agreed that, as to the aforementioned action to be filed in the United States District Court for the Northern District of California, Defendants waive personal service and accept service by email to Defendants' counsel designated herein, and that Defendants shall have twenty-one (21) days from receipt of service to answer or otherwise respond.

DATED: July 14, 2011

ALLEN & OVERY LLP

CRONE HAWXHURST LLP

By _for_ [signature]
Gerald E. Hawxhurst
Attorneys for Plaintiff
Alpha Investment, LLC

DATED: July 14, 2011

COOLEY LLP

By [signature] /JPG*
Jeffrey M. Kaban
Attorneys for Defendant
Zynga Inc.

DATED: July 14, 2011

VICK LAW GROUP

By [signature] /JPG*
Scott Vick
Attorneys for Defendant
Andrew Trader

\* By authorization